

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00058-CR

Cynthia Torres **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 12-08-00087-CRF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On September 29, 2015, appellant filed a motion to supplement the reporter's record and to extend the appellate timetables. In the motion, appellant requests an extension of time to file his brief pending the supplementation of the reporter's record. Appellant contends Defense Exhibit 1, a search warrant and search warrant affidavit, is missing, and he is unable to complete his brief because he cannot fully brief the issue on appeal without reviewing the exhibit. Subsequently, on October 14, 2015, the court reporter filed a supplemental reporter's record, containing the missing exhibit.

Accordingly, we **GRANT** the requested extension and **ORDER** that appellant's brief will be due thirty days from the date of this order.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.



Keith E. Hottle
Clerk of